# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139175

SUSAN HERTZ, Individually and as Personal
Representative of the ESTATE OF ROGER
B. HERTZ, Deceased,
            Plaintiff-Appellee,

v

SHELDON L. MILLER, SHELDON L.
MILLER & ASSOCIATES, P.C., and LAW
OFFICE OF SHELDON L. MILLER,
            Defendants-Appellants,

and

LINDA MILLER ATKINSON, ATKINSON,
PETRUSKA, KOZMA & HART, P.C.,
PHILO, ATKINSON, STEPHENS & WRIGHT,
P.C., H. BRUCE T. HILLYER, MARTIN &
HILLYER, Barristers and Solicitors, and
LAKESHORE LAW CHAMBERS,
            Defendants.
_____/

SC: 139175
COA: 289975
Oakland CC: 2008-091832-NM

On order of the Court, the application for leave to appeal the May 22, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

Clerk

d1019